## No. 7184.

### KIEFFER BROTHERS vs. M. WOHL.

An attachment, levied on the goods of one within four months next preceding the beginning of proceedings against him in bankruptcy, is dissolved by operation of law, upon the assignment being made of the bankrupt's estate.

A rule to shew cause by the assignee upon the attaching creditor is the most suitable form of proceeding for obtaining a formal judgment of court, and the simple fact of an assignment under the bankrupt law is the only proof required.

A certified copy of the assignment is conclusive evidence of the title of the assignee, and therefore a transcript of the entire proceedings in bankruptcy is not needed for that purpose.

APPEAL from the Sixth District Court of New Orleans. RIGHTOR, J.

*Gilmore & Sons* for Plaintiffs Appellants. *Lee* for Intervenor.

MARR, J., delivered the opinion, affirming the judgment.